## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| AMY WEBSTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:20-cv-00091-TWP-DML |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

## **FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT in favor of the Defendant, and this action is **DISMISSED without prejudice.**

    **SO ORDERED.**

Date: 7/9/2020

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Roger A. G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

DISTRIBUTION:

AMY L. WEBSTER
111 Taft Dr. Apt. E
Madison, IN 47250

Office of the United States Attorney
10 West Market Street Suite 2100
Indianapolis, IN 46204-3048